**CHOPRA & NOCERINO, LLP**
ATTORNEYS AT LAW

100 Quentin Roosevelt Blvd • Unit 107
Garden City, NY 11530
T: 212.868.3600 • F: 212.868.1300
info@chopranocerino.com • www.chopranocerino.com

May 7, 2021

Hon. Edward R. Korman
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: MUNTHER MAHMOUD v THE UNITED STATES OF AMERICA
      (EASTERN DISTRICT OF NEW YORK County Index# CV-21-13 (ERK) CLP))
      <u>Our File No.:  1496.RJHG</u>

Dear Judge Korman:

  We represent the plaintiff MUNTHER MAHMOUD in the above captioned matter. We respectfully request that Defendant AKIMA's motion for Summary Judgment and Defendant AKIMA's Rule 11 Sanction motion both be stayed until after plaintiffs motion to withdraw is heard on May 18th, 2021.

We apologize for the lateness of our response.

          Very Truly Yours,

          CHOPRA & NOCERINO

          /s/ Ramy H. Joudeh
          RAMY H. JOUDEH

RHJ/dn
CC:
All counsel of record (by ECF)